UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 20-0570 (RDM) |

## JOINT STATUS REPORT

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiff, Democracy Forward Foundation, by and through their respective undersigned counsel, respectfully submit this Joint Status Report, pursuant to the Court's Minute Entry of June 26, 2020, to provide the Court with an update on this Freedom of Information Act case.

HHS made its ninth interim release on February 16, 2021, after having processed 500 pages, with 6 pages released in their entirety, 483 pages released in part, and 11 pages withheld in their entirety. HHS's processing continues on pace and it foresees no issues meeting its next monthly target.

Pursuant to the Court's June 26, 2020 Minute Entry, the parties will submit another joint status report by March 31, 2021.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Kristen Paige Miller<br>KRISTEN PAIGE MILLER<br>D.C. Bar # 229627<br>Democracy Forward Foundation<br>PO Box 34553<br>Washington, D.C. 20043<br>(202) 701-1782<br>kmiller@democracyforward.org<br><br>*Attorney for Plaintiff* | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>      MICHAEL A. TILGHMAN II<br>      D.C. Bar # 988441<br>      Assistant United States Attorney<br>      U.S. Attorney's Office, Civil Division<br>      555 Fourth Street, N.W.<br>      Washington, D.C. 20530<br>      (202) 252-7113<br>      Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: February 26, 2021