UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 20-0570 (RDM) |

**JOINT STATUS REPORT**

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiff, Democracy Forward Foundation, by and through their respective undersigned counsel, respectfully submit this Joint Status Report, pursuant to the Court's Minute Entry of June 26, 2020, to provide the Court with an update on this Freedom of Information Act case.

HHS made its thirteenth interim release on June 15, 2021, after having processed 500 pages, with 461 pages released in their entirety and 39 pages released in part. HHS also released in part three pages previously sent for consultation. HHS's processing continues on pace and it foresees no issues meeting its next monthly target.

Pursuant to the Court's June 26, 2020 Minute Entry, the parties will submit another joint status report by July 30, 2021.

- 2 -

Respectfully submitted,

 /s/ Kristen Paige Miller
KRISTEN PAIGE MILLER
D.C. Bar # 229627
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 701-1782
kmiller@democracyforward.org

*Attorney for Plaintiff*

Dated:  June 30, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:        /s/ Michael A. Tilghman II
           MICHAEL A. TILGHMAN II
           D.C. Bar # 988441
           Assistant United States Attorney
           U.S. Attorney's Office, Civil Division
           555 Fourth Street, N.W.
           Washington, D.C. 20530
           (202) 252-7113
           Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*