UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 20-0570 (RDM) |

**JOINT STATUS REPORT**

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiff, Democracy Forward Foundation, by and through their respective undersigned counsel, respectfully submit this Joint Status Report, pursuant to the Court's Minute Entry of June 26, 2020, to provide the Court with an update on this Freedom of Information Act case.

HHS made its fourteenth interim release on July 15, 2021, after having processed 500 pages, with 479 pages released in their entirety, 19 pages released in part, and 2 pages deemed nonresponsive. HHS's processing continues on pace and it foresees no issues meeting its next monthly target.

Pursuant to the Court's June 26, 2020 Minute Entry, the parties will submit another joint status report by August 31, 2021.

- 2 -

Respectfully submitted,

 /s/ Kristen Paige Miller                     CHANNING D. PHILLIPS, D.C. Bar #415793
KRISTEN PAIGE MILLER                    Acting United States Attorney
D.C. Bar # 229627
Democracy Forward Foundation         BRIAN P. HUDAK
P.O. Box 34553                                     Acting Chief, Civil Division
Washington, D.C. 20043
(202) 701-1782
kmiller@democracyforward.org           By:    /s/ Michael A. Tilghman II
                                                            MICHAEL A. TILGHMAN II
*Attorney for Plaintiff*                            D.C. Bar # 988441
                                                           Assistant United States Attorney
                                                           U.S. Attorney's Office, Civil Division
                                                           555 Fourth Street, N.W.
                                                           Washington, D.C. 20530
                                                           (202) 252-7113
                                                           Michael.Tilghman@usdoj.gov

                                                     *Attorneys for the United States of America*

Dated: July 30, 2021