UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,  )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-0570 (JMC) |

## JOINT STATUS REPORT

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiff, Democracy Forward Foundation, by and through their respective undersigned counsel, respectfully submit this Joint Status Report, pursuant to the Court's Minute Entry of June 26, 2020, to provide the Court with an update on this Freedom of Information Act case.

HHS made its twentieth interim release on January 14, 2022, after having processed 500 pages, with 428 pages released in their entirety, 12 pages released in part and withheld in part pursuant to FOIA Exemptions, and 60 pages withheld in full pursuant to a FOIA exemption. HHS's processing continues on pace and it foresees no issues meeting its next monthly target.

Pursuant to the Court's June 26, 2020 Minute Entry, the parties will submit another joint status report by February 28, 2022.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Kristen Paige Miller<br>KRISTEN PAIGE MILLER<br>D.C. Bar # 229627<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 701-1782<br>kmiller@democracyforward.org<br><br>*Attorney for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>        MICHAEL A. TILGHMAN II<br>        D.C. Bar # 988441<br>        Assistant United States Attorney<br>        U.S. Attorney's Office, Civil Division<br>        555 Fourth Street, NW<br>        Washington, DC 20530<br>        (202) 252-7113<br>        Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: January 31, 2022