UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 20-0570 (JMC) |

## JOINT STATUS REPORT

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiff, Democracy Forward Foundation, by and through their respective undersigned counsel, respectfully submit this Joint Status Report, pursuant to the Court's Minute Entry of June 26, 2020, to provide the Court with an update on this Freedom of Information Act case.

HHS made its twenty-fourth interim release on May 15, 2022, after having processed 500 pages. HHS released 294 pages in their entirety, released 42 pages with portions withheld pursuant to FOIA exemptions, and withheld 153 pages in full pursuant to a FOIA exemption. HHS withheld 2 pages as duplicates of previously released documents and sent 9 pages to another division for consultation. HHS's processing continues on pace and it foresees no issues meeting its next monthly target.

Pursuant to the Court's June 26, 2020 Minute Entry, the parties will submit another joint status report by July 29, 2022.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Kristen Paige Miller<br>KRISTEN PAIGE MILLER<br>D.C. Bar # 229627<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 701-1782<br>kmiller@democracyforward.org<br><br>*Attorney for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:   /s/ *Dedra S. Curteman*<br>        DEDRA S. CURTEMAN<br>        IL Bar #6279766<br>        Assistant United States Attorney<br>        U.S. Attorney's Office, Civil Division<br>        601 D Street N.W.<br>        Washington, D.C. 20530<br>        Telephone: (202) 252-2550<br>        dedra.curteman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: June 29, 2022