UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0570 (JMC) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiff, Democracy Forward Foundation, by undersigned counsel, respectfully submit this joint status report, pursuant to the Court's Minute Entry of June 26, 2020. This case arises under the Freedom of Information Act ("FOIA").

HHS made its thirtieth interim release, by letter dated November 15, 2022, after having processed 500 pages, and released 202 pages in their entirety and 20 pages in part with portions redacted pursuant to FOIA exemptions. HHS withheld 269 pages in their entirety pursuant to FOIA exemptions and sent 7 pages to another division for consultation. HHS determined that 2 pages were not responsive to the request. HHS's processing continues on pace and it foresees no issues meeting its next monthly target of processing 500 more pages by next month.

Pursuant to the June 26 Minute Entry, the next joint status report will be due December 30, 2022, but the parties request that that date be extended to January 6, 2023 in light of the holiday period.

| | |
|---|---|
| Dated: November 30, 2022 | Respectfully submitted, |
| /s/ *Kristen Paige Miller*<br>KRISTEN PAIGE MILLER<br>D.C. Bar # 229627<br>Democracy Forward Foundation<br>1333 H Street, NW, Suite 1100<br>Washington, DC 20005<br>(202) 701-1782<br>kmiller@democracyforward.org<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES,<br>D.C. BAR #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  /s/<br>JEREMY S. SIMON<br>D.C. BAR #447956<br>Assistant United States Attorney<br>601 D. Street, N.W.<br>Washington, D.C. 20530<br>Jeremy.Simon@usdoj.gov<br><br>*Counsel for Defendant* |