UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 20-0570 (JMC) |

## JOINT STATUS REPORT

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiff, Democracy Forward Foundation, by undersigned counsel, respectfully submit this joint status report, pursuant to the Court's Minute Entry of February 1, 2023. This case arises under the Freedom of Information Act ("FOIA").

HHS made its thirty-ninth interim release, by letter dated August 15, 2023, after having processed 500 pages. HHS withheld 500 pages as being nonresponsive.

HHS made its fortieth interim release, by letter dated September 15, 2023, after having processed 500 pages. HHS withheld 500 pages as being nonresponsive.

HHS made its forty-first interim release, by letter dated October 15, 2023, after having processed 500 pages. HHS withheld 500 pages as being nonresponsive.

HHS's processing continues on pace and it foresees no issues meeting its next monthly target of processing 500 more pages by next month. Pursuant to the February 1, 2023 order, the parties will file another status report in 90 days.

Dated: October 30, 2023

/s/ *Kristen Paige Miller*
KRISTEN PAIGE MILLER
D.C. Bar # 229627
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 701-1782
kmiller@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES,
D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON
D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
Jeremy.Simon@usdoj.gov

*Counsel for Defendant*