UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0570 (JMC) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiff, Democracy Forward Foundation, by undersigned counsel, respectfully submit this joint status report, pursuant to the Court's Minute Entry of February 1, 2023. This case arises under the Freedom of Information Act ("FOIA").

As previously reported, HHS has completed its initial processing of potentially responsive records and is awaiting the return of pages previously sent to other entities for consult.

HHS made its forty-fourth interim release, by letter dated April 15, 2024, after having processed 257 returned consult pages. HHS released 178 pages in their entirety, withheld 32 pages in part, and withheld 47 pages in full.

HHS will produce the remaining consult pages to Plaintiff as they are returned to the extent non-exempt under FOIA.

Pursuant to the February 1, 2023 order, the parties will file another status report in 90 days.

Dated: May 6, 2024                    Respectfully submitted,

 /s/ *Kristen Paige Miller*                   MATTHEW M. GRAVES,
KRISTEN PAIGE MILLER              D.C. BAR #481052
D.C. Bar # 229627                         United States Attorney
Democracy Forward Foundation
P.O. Box 34553                              BRIAN P. HUDAK
Washington, D.C. 20043                Chief, Civil Division
(202) 701-1782
kmiller@democracyforward.org    By: _____/s/_____
                                                      JEREMY S. SIMON
*Counsel for Plaintiff*                      D.C. BAR #447956
                                                      Assistant United States Attorney
                                                      601 D. Street, N.W.
                                                      Washington, D.C. 20530
                                                      Jeremy.Simon@usdoj.gov

                                                      *Counsel for Defendant*